# EXHIBIT A



Select Language

Powered by Google **Translate**

# Civil Court Case Information - Case History

## Case Information
Case Number:   CV2022-095475          Judge:      Thompson, Peter
File Date:     12/15/2022             Location:   Southeast
Case Type:     Civil

## Party Information
| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Victoria Trujillo | Plaintiff | Female | Amanda Boardman |
| Red Robin International Inc | Defendant | | Pro Per |

## Case Documents
| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 1/17/2023 | ANS - Answer | 1/19/2023 | |

**NOTE:** DEFENDANT RED ROBIN INTERNATIONAL, INC.'S ANSWER TO PLAINTIFF VICTORIA TRUJILLO'S COMPLAINT EFILE BILLING $245

| | | | |
|---|---|---|---|
| 12/29/2022 | AFS - Affidavit Of Service | 1/4/2023 | |

**NOTE:** RED ROBIN INTERNATIONAL INC

| | | | |
|---|---|---|---|
| 12/15/2022 | COM - Complaint | 12/15/2022 | |

**NOTE:** Complaint

| | | | |
|---|---|---|---|
| 12/15/2022 | CSH - Coversheet | 12/15/2022 | |

**NOTE:** Civil Cover Sheet

| | | | |
|---|---|---|---|
| 12/15/2022 | CCN - Cert Arbitration - Not Subject | 12/15/2022 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| | | | |
|---|---|---|---|
| 12/15/2022 | SUM - Summons | 12/15/2022 | |

**NOTE:** Summons

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**